# Exhibit B

## Video Exhibit
## Recording of Meeting
## October 19, 2022

**To be filed conventionally with the Clerk's Office.**