# <u>Exhibit C</u>

Video Exhibit
Recording of Meeting
February 15, 2022

**To be filed conventionally with the Clerk's Office.**