# Exhibit E

Video Exhibit
Recording of Meeting
March 15, 2023

**To be filed conventionally with the Clerk's Office.**