# <u>EXHIBIT F</u>

## Board Meeting Video Clip from September 21, 2022

## (To be filed with the Clerk's Office)