UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  Shawn McBreairty v. Heath Miller, et al

DOCKET NO:  1:23-cv-143-NT

PROCEEDING TYPE: Hearing re ECF No. 3 Emergency Motion for Preliminary Injunction, Emergency Motion for TRO

## Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Agenda for RSU 22 school board meeting on 4/26/23 | 4/25/23 | 4/25/23 | | 4/25/23 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |