# United States Court of Appeals
## For the First Circuit

---

No. 23-1389

SHAWN MCBREAIRTY,

Plaintiff, Appellant,

v.

HEATH MILLER, in his personal and official capacities; SCHOOL BOARD OF RSU 22,

Defendants, Appellees.

---

**JUDGMENT**

Entered: February 21, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision is vacated, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. No costs are awarded.


By the Court:

Maria R. Hamilton, Clerk


cc: Hon. Nancy Torresen, Christa Berry, Clerk, United States District Court for the District of Maine, Brett D. Baber, Marc John Randazza, Jay Marshall Wolman, Robert J. Morris II, Melissa A. Hewey, Susan M. Weidner, John Michael Connolly, Brett Robert Nolan, Jason Walta, Philip A. Hostak, Benjamin Kittredge Gran