# United States Court of Appeals
## For the First Circuit

No. 23-1389

SHAWN MCBREAIRTY,

Plaintiff - Appellant,

v.

HEATH MILLER, in his personal and official capacities; SCHOOL BOARD OF RSU22,

Defendants - Appellees.

**MANDATE**

Entered: March 14, 2024

In accordance with the judgment of February 21, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Brett D. Baber
John Michael Connolly
Benjamin Kittredge Grant
Melissa A. Hewey
Philip A. Hostak
Robert J. Morris II
Brett Robert Nolan
Marc John Randazza
Jason Walta
Susan M. Weidner
Jay Marshall Wolman