# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| D.C. # 1:23-cv-00143-NT | C.C.A. # |
|---|---|
| CASE TITLE: MCBREAIRTY v. MILLER et al | |
| Name of Counsel for Appellant(s): | BRETT DWIGHT BABER, ESQ., MARC RANDAZZA, ESQ., ROBERT JOSEPH MORRIS, II, ESQ. |
| Name of Counsel for Appellee(s): | MELISSA A. HEWEY, ESQ., SUSAN M. WEIDNER, ESQ. |
| Name of Judge: | US. DISTRICT JUDGE, 4/25/2023 NANCY TORRESEN |
| Court Reporter(s) & Dates: | 4/25/2023, 4/11/2024: TAMMY MARTELL |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☐ Yes  ☒ No |
| In Forma Pauperis? | ☐ Yes  ☒ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | 4/27/2023 |
| Special Comments: | |