UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY | ) |
| | ) |
| v. | )  CIVIL NO.  1:23-cv-00143-NT |
| | ) |
| HEATH MILLER, et al. | ) |

# CLERK'S CIVIL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:   46   Appeal Cover Sheet
47   Clerk's Certificate
45   Notice of Appeal
44   Order

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *May 28, 2024.*

CHRISTA K. BERRY, Clerk

By:   /s/ Joanne McCue
Case Manager