# United States Court of Appeals
## For the First Circuit

_____

No. 24-1519

SHAWN MCBREAIRTY,

Plaintiff - Appellant,

v.

HEATH MILLER, in his personal and official capacities; SCHOOL BOARD OF RSU22,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: June 27, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Brett Dwight Baber
Marc John Randazza
Robert J. Morris II
Melissa A. Hewey
Susan M. Weidner