IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEATH MILLER, in his personal and official capacities; SCHOOL BOARD OF RSU22,<br><br>　　　　Defendants. | Case No. 1:23-cv-00143-NT<br><br>**SUGGESTION OF DEATH AS TO PLAINTIFF SHAWN MCBREAIRTY** |

　　　　Undersigned counsel hereby suggests on the record that Plaintiff, Shawn McBreairty, passed away on June 3, 2024. This Suggestion of Death is made without waiving any party's right to seek substitution in place of Mr. McBreairty as a party in accordance with Fed. R. Civ. P. 25(a) at a later date, as undersigned counsel further suggests that one or more of the claims are not extinguished.

　　　　Dated: July 2, 2024.　　　　　　　　　　　　Respectfully Submitted,

*/s/ Robert J. Morris*　　　　　　　　　　　　　　*/s/ Marc J. Randazza*
Robert J. Morris, II (ME Bar No. 010402)　　　Marc J. Randazza (*pro hac vice*)
HOUSER, LLP　　　　　　　　　　　　　　　　　*Lead Counsel*
400 TradeCenter, Suite 5900　　　　　　　　RANDAZZA LEGAL GROUP, PLLC
Woburn, MA 01801　　　　　　　　　　　　30 Western Avenue
Tel: (339) 203-6498　　　　　　　　　　　　Gloucester, MA 01930
Email: rmorris@houser-law.com　　　　　　Tel: (888) 887-1776
　　　　　　　　　　　　　　　　　　　　　　Email: ecf@randazza.com

Brett D. Baber, Bar No. 3143
Lanham Blackwell & Baber, PA
133 Broadway
Bangor, ME 04401
Tel: (207) 942-2898
Email: brett@bloomerrussell.com

Case No. 1:23-cv-00143-NT

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris

RANDAZZA | LEGAL GROUP