## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 1:23-cv-00143-NT |
| HEATH MILLER and SCHOOL BOARD OF RSU22, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On July 2, 2024, a suggestion of death was filed as to Plaintiff Shawn McBreairty. No motion to substitute has been filed pursuant to Federal Rule of Civil Procedure 25(a).

IT IS HEREBY ORDERED that this action be and it is DISMISSED in its entirety.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 1st day of October, 2024.