UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEATH MILLER, et al., )<br>)<br>Defendants, ) | CIVIL NO. 1:23-cv-00143-NT |

JUDGMENT OF DISMISSAL

In accordance with the Order of Dismissal entered by Judge Nancy Torresen on October 1, 2024,

JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Julie W. Rodrigue
      Deputy Clerk

Dated: October 1, 2024